## 13923. CHOICE *v.* THE STATE.

BLOODWORTH, J. The special grounds of the motion for a new trial are but amplifications of the general grounds; the evidence amply supports the verdict, no error of law appears, and the trial judge properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 14, 1922.

Indictment for disturbing worship; from Randolph superior court — Judge Worrill. August 12, 1922.

*Charles W. Worrill,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.